**MICHAEL N. FEUER,** City Attorney - SBN 111529
**THOMAS H. PETERS,** Chief Assistant City Attorney – SBN 163388
**CORY M. BRENTE,** Assistant City Attorney – SBN 115453
**SUREKHA A. PESSIS,** Deputy City Attorney – SBN 193206
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7036
Fax No.:    (213) 978-8785
Email: Surekha.Pessis@lacity.org

*Attorneys for Defendants,* **CITY OF LOS ANGELES, CHARLIE BECK ,
KURT GARCIA** and **JEFFREY BERT**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BEERS,<br><br>                    Plaintiff,<br><br>        v.<br><br>CITY OF LOS ANGELES, a municipal entity; LOS ANGELES CITY ATTORNEY MIKE FEUER, CHIEF CHARLIE BECK, COMMANDER ANDREW SMITH, CAPTAIN JEFF BERT, and DOES 1-20, inclusive,<br><br>                    Defendants. | CASE NO.  CV16-08781 JAK (GJS)<br>*Judge John A. Kronstadt, Ctrm. G, 9th Fl.*<br>*Mag. Gail J. Standish, Ctrm.*<br><br><br>**DEFENDANT JEFFREY BERT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |

COMES NOW DEFENDANT, **JEFFREY BERT** answers Plaintiff's Second Amended Complaint in the above-entitled action, for himself alone and for no other party, hereby admits, denies, and alleges as follows:

1

## I.  JURISDICTION AND VENUE

1.  Answering Paragraph 1, Defendant admits the United States District Court-Central District of California has jurisdiction of this matter pursuant to 28 U.S.C.

## II.  VENUE

2.  Answering Paragraph 2, Defendant admits venue is proper pursuant to 28 U.S.C. Section 1391.

## III.  PARTIES

3.  Answering Paragraph 3, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

4.  Answering Paragraph 4, Defendant admits the City of Los Angeles is a public entity and the employer of the Defendant Officers.

5.  Answering Paragraph 5, Defendant admits the City of Los Angeles is the employer of certain City Attorney Office personnel.

6.  Answering Paragraph 6, Defendant denies the allegations contained therein.

7.  Answering Paragraph 7, Defendant admits Defendant Charlie Beck is the Chief of Police of the Los Angeles Police Department.

8.  Answering Paragraph 8, Defendant admits Defendant Andrew Smith is a retired Commander of the Los Angeles Police Department.

9.  Answering Paragraph 9, Defendant admits he is a Commander of the Los Angeles Police Department.

10.  Answering Paragraph 10, Defendant admits that LAPD Detective Kurt Garcia #33024 is a Los Angeles Police Officer.

11.  Answering Paragraph 11, Defendant denies the allegations contained therein.

12.  Answering Paragraph 12, Defendant denies the allegations contained therein.

/ / /

/ / /

/ / /

1

# V.  STATEMENT OF FACTS

2  **A.    Background: Patricia Beers**

3      13.    Answering Paragraph 13, Defendant lacks sufficient information and belief
4  upon which to answer the allegations contained therein, and on that basis denies the
5  allegations.

6  **B.    Background: November 2014 Ferguson Protests**

7      14.    Answering Paragraph 14, Defendant lacks sufficient information and belief
8  and on that basis, denies the allegations contained therein.

9      15.    Answering Paragraph 15, Defendant lacks sufficient information and belief
10  and on that basis, denies the allegations contained therein.

11      16.    Answering Paragraph 16, Defendant denies the allegations contained therein.

12      17.    Answering Paragraph 17, Defendant denies the allegations contained therein.

13      18.    Answering Paragraph 18, Defendant denies the allegations contained therein.

14      19.    Answering Paragraph 19, Defendant denies the allegations contained therein.

15      20.    Answering Paragraph 20, Defendant denies the allegations contained therein.

16      21.    Answering Paragraph 21, Defendant denies the allegations contained therein.

17      22.    Answering Paragraph 22, Defendant denies the allegations contained therein.

18      23.    Answering Paragraph 23, Defendant denies the allegations contained therein.

19      24.    Answering Paragraph 24, Defendant denies the allegations contained therein.

20      25.    Answering Paragraph 25, Defendant denies the allegations contained therein.

21      26.    Answering Paragraph 26, Defendant denies the allegations contained therein.

22      27.    Answering Paragraph 27, Defendant denies the allegations contained therein.

23      28.    Answering Paragraph 28, Defendant denies the allegations contained therein.

24      29.    Answering Paragraph 29, Defendant denies the allegations contained therein.

25      30.    Answering Paragraph 30, Defendant admits Plaintiff was taken into custody.

26      31.    Answering Paragraph 31, Defendant admits Plaintiff was taken to a LAPD
27  Station.

28      32.    Answering Paragraph 32, Defendant denies the allegations contained therein.

3

1        33.   Answering Paragraph 33, Defendant admits Plaintiff was released from

2   LAPD custody following her arrest.

3        34.   Answering Paragraph 34, Defendant denies the allegations contained therein.

4        35.   Answering Paragraph 35, Defendant denies the allegations contained therein.

5   **C.**    **Subsequent Targeting of Journalists and "Leaders" by Defendants**

6        36.   Answering Paragraph 36, Defendant denies the allegations contained therein.

7        37.   Answering Paragraph 37, Defendant lacks sufficient information and belief

8   and on that basis, denies the allegations contained therein.

9        38.   Answering Paragraph 38, Defendant denies the allegations contained therein.

10        39.   Answering Paragraph 39, Defendant denies the allegations contained therein.

11        40.   Answering Paragraph 40, Defendant lacks sufficient information and belief

12   and on that basis, denies the allegations contained therein.

13        41.   Answering Paragraph 41, Defendant admits Plaintiff was prosecuted

14   following her arrest.

15        42.   Answering Paragraph 42, Defendant lacks sufficient information and belief

16   and on that basis, denies the allegations contained therein.

17        43.   Answering Paragraph 43, Defendant lacks sufficient information and belief

18   and on that basis, denies the allegations contained therein.

19        44.   Answering Paragraph 44, Defendant lacks sufficient information and belief

20   and on that basis, denies the allegations contained therein.

21        45.   Answering Paragraph 45, Defendant denies the allegations contained therein.

22        46.   Answering Paragraph 46, Defendant denies the allegations contained therein.

23        47.   Answering Paragraph 47, Defendant denies the allegations contained therein.

24        48.   Answering Paragraph 48, Defendant denies the allegations contained therein.

25        49.   Answering Paragraph 49, Defendant denies the allegations contained therein.

26   **D.**    **Monell Claim**

27        50.   Answering Paragraph 50, Defendant denies the allegations contained therein.

28        51.   Answering Paragraph 51, Defendant denies the allegations contained therein.

52. Answering Paragraph 52, Defendant denies the allegations contained therein.

53. Answering Paragraph 53, Defendant denies the allegations contained therein.

54. Answering Paragraph 54, Defendant denies the allegations contained therein.

55. Answering Paragraph 55, Defendant lacks sufficient information and belief and on that basis, denies the allegations contained therein.

56. Answering Paragraph 56, Defendant lacks sufficient information and belief and on that basis, denies the allegations contained therein.

57. Answering Paragraph 57, Defendant denies the allegations contained therein.

58. Answering Paragraph 58, Defendant lacks sufficient information and belief and on that basis, denies the allegations contained therein.

59. Answering Paragraph 59, Defendant lacks sufficient information and belief and on that basis, denies the allegations contained therein.

60. Answering Paragraph 60, Defendant lacks sufficient information and belief and on that basis, denies the allegations contained therein.

61. Answering Paragraph 61, Defendant denies the allegations contained therein.

62. Answering Paragraph 62, Defendant denies the allegations contained therein.

63. Answering Paragraph 63, Defendant denies the allegations contained therein.

**E.    Damages Sustained As Result of Defendants' Conduct**

64. Answering Paragraph 64, Defendant denies the allegations contained therein.

65. Answering Paragraph 65, Defendant denies the allegations contained therein.

## V.  CLAIMS

### FIRST CLAIM FOR RELIEF

**Retaliatory Arrest in Violation of First Amendment)**

**(Against Defendants City of Los Angeles, Chief Beck, Commander Smith, Captain Bert, and DOES 1-20)**

66. Answering paragraph 66, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

5

67. Answering Paragraph 67, Defendant denies the allegations contained therein.

68. Answering Paragraph 68, Defendant denies the allegations contained therein.

69. Answering Paragraph 69, Defendant denies the allegations contained therein.

70. Answering Paragraph 70, Defendant denies the allegations contained therein.

71. Answering Paragraph 71, Defendant denies the allegations contained therein.

72. Answering Paragraph 72, Defendant denies the allegations contained therein.

## SECOND CLAIM FOR RELIEF

### (Retaliatory Prosecution in Violation of First Amendment)

### (Against All Defendants)

73. Answering paragraph 73, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

74. Answering Paragraph 74, Defendant denies the allegations contained therein.

75. Answering Paragraph 75, Defendant denies the allegations contained therein.

76. Answering Paragraph 76, Defendant denies the allegations contained therein.

77. Answering Paragraph 77, Defendant denies the allegations contained therein.

78. Answering Paragraph 78, Defendant denies the allegations contained therein.

79. Answering Paragraph 79, Defendant denies the allegations contained therein.

## THIRD CLAIM FOR RELIEF

### (Unreasonable Seizure in Violation of Fourth Amendment)

### (Against Defendants City of Los Angeles, Chief Beck, Commander Smith, Captain Bert, and DOES 1-20)

80. Answering paragraph 80, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

81. Answering Paragraph 81, Defendant denies the allegations contained therein.

82. Answering Paragraph 82, Defendant denies the allegations contained therein.

83. Answering Paragraph 83, Defendant denies the allegations contained therein.

84. Answering Paragraph 84, Defendant denies the allegations contained therein.

85. Answering Paragraph 85, Defendant denies the allegations contained therein.

86. Answering Paragraph 86, Defendant denies the allegations contained therein.

### FOURTH CLAIM FOR RELIEF

### (Malicious Prosecution in Violation of Fourth Amendment)

### (Against All Defendants)

87. Answering paragraph 87, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

88. Answering Paragraph 88, Defendant denies the allegations contained therein.

89. Answering Paragraph 89, Defendant denies the allegations contained therein.

90. Answering Paragraph 90, Defendant denies the allegations contained therein.

91. Answering Paragraph 91, Defendant denies the allegations contained therein.

92. Answering Paragraph 92, Defendant denies the allegations contained therein.

93. Answering Paragraph 93, Defendant denies the allegations contained therein.

94. Answering Paragraph 94, Defendant denies the allegations contained therein.

95. Answering Paragraph 95, Defendant denies the allegations contained therein.

96. Answering Paragraph 96, Defendant denies the allegations contained therein.

### FIFTH CLAIM FOR RELIEF

### (Violation of Fourteenth Amendment – Selective Prosecution/

### Deprivation of Equal Protection)

### (Against All Defendants)

97. Answering paragraph 97, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

98. Answering Paragraph 98, Defendant denies the allegations contained therein.

99. Answering Paragraph 99, Defendant denies the allegations contained therein.

100. Answering Paragraph 100, Defendant denies the allegations contained

7

therein.

101. Answering Paragraph 101, Defendant denies the allegations contained therein.

102. Answering Paragraph 102, Defendant denies the allegations contained therein.

103. Answering Paragraph 103, Defendant denies the allegations contained therein.

104. Answering Paragraph 104, Defendant denies the allegations contained therein.

105. Answering Paragraph 105, Defendant denies the allegations contained therein.

## SIXTH CLAIM FOR RELIEF

### (Violation of Fourteenth Amendment – Deprivation of Due Process)

### (Against Doe Defendants 1-20)

106. Answering paragraph 106, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

107. Answering Paragraph 107, Defendant denies the allegations contained therein.

108. Answering Paragraph 108, Defendant denies the allegations contained therein.

109. Answering Paragraph 109, Defendant denies the allegations contained therein.

110. Answering Paragraph 110, Defendant denies the allegations contained therein.

111. Answering Paragraph 111, Defendant denies the allegations contained therein.

/ / /

8

1    112. Answering Paragraph 112, Defendant denies the allegations contained
2    therein.

3    113. Answering Paragraph 113, Defendant denies the allegations contained
4    therein.

5    114. Answering Paragraph 114, Defendant denies the allegations contained
6    therein.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendant alleges each of the following:

### FIRST AFFIRMATIVE DEFENSE

One or more of Plaintiff's claims may be barred by the statute of limitations set forth in California Code of Civil Procedure § 340(3).

### SECOND AFFIRMATIVE DEFENSE

Any state claims are barred for Plaintiff's failure to comply with the provisions of the California Tort Claims Act, Government Code § 910 et seq.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff is barred from recovering punitive damages against the Officers in their official capacity.

### FOURTH AFFIRMATIVE DEFENSE

As to the federal claims and theories of recovery, the answering individual Defendant is protected from liability under the doctrine of qualified immunity, because Defendant's conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

### FIFTH AFFIRMATIVE DEFENSE

The answering Defendant is immune from liability for all damages sustained after the prosecutor initiated criminal charges, pursuant to Smiddy v. Varney, 803 F.2d 1469 (9th Cir. 1986), and Jackson v. City of San Diego, 121 Cal.App.3d 579 (1981).

9

1

## SIXTH AFFIRMATIVE DEFENSE

2       As to the federal claims and theories of recovery, the answering Defendant is

3   protected from liability under the doctrine of witness immunity.

4

## SEVENTH AFFIRMATIVE DEFENSE

5       Defendant City of Los Angeles is immune from the imposition of punitive

6   damages.

7

## EIGHTH AFFIRMATIVE DEFENSE

8       Defendant alleges that on file in this action, nor any of the alleged causes of action

9   therein, state facts sufficient to constitute a cause of action on which relief can be granted

10   against Defendant.

11

## PRAYER FOR RELIEF

12       W H E R E F O R E, Defendant **JEFFREY BERT** prays for judgment as follows:

13       1.      That Plaintiff take nothing by this action;

14       2.      That the action be dismissed;

15       3.      That Defendant be awarded costs of suit;

16       4.      That Defendant be awarded other and further relief as the Court may deem

17   just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

18

19

## DEMAND FOR JURY TRIAL

20       Defendant **JEFFREY BERT** demands and requests a trial by jury in this matter.

21

22   Dated:  April 4, 2017          **MICHAEL N. FEUER**, City Attorney
                                    **THOMAS H. PETERS,** Chief Assistant City Attorney
23                                  **CORY M. BRENTE**, Assistant City Attorney

24

25                                  By: _____/S/ Surekha A. Pessis_____
                                         **SUREKHA A. PESSIS**, Deputy City Attorney
26

27                                  *Attorneys for Defendants* **CITY OF LOS ANGELES,**
                                    **CHARLIE BECK , KURT GARCIA** and **JEFFREY**
28                                  **BERT**

10