UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV16-08781 JAK (GJSx) | Date | April 17, 2017 |
|---|---|---|---|
| Title | Patricia Beers v. City of Los Angeles et al | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Anne Kielwasser |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Morgan Ricketts | Surekha A Pessis |

**Proceedings:**   **SCHEDULING CONFERENCE**

The scheduling conference is held. The Court confers with counsel regarding the status of the case. The Court has reviewed the parties' April 7, 2017 Joint Report and sets the following deadlines:

| | |
|---|---|
| May 15, 2017: | Last day to amend or add parties |
| September 18, 2017: | Non-Expert Discovery Cut-Off |
| October 2, 2017: | Initial Expert Disclosures |
| October 16, 2017: | Rebuttal Expert Disclosures |
| October 30, 2017: | Expert Discovery Cut-Off |
| October 30, 2017: | Last day to file motions *(including discovery motions)* |
| December 4, 2017: | Last day to participate in a settlement conference/mediation |
| December 8, 2017: | Last day to file notice of settlement / joint report re settlement |
| December 18, 2017 at 1:30 p.m.: | Post Mediation Status Conference |

The Court will confer with counsel at the final pretrial conference to determine the trial estimate. The parties will be invited to submit proposed dates for the final pretrial conference and trial, if necessary, upon the conclusion of all motion practice.

The Court directs counsel to confer and file a joint report by April 24, 2017, regarding whether the parties believe a settlement conference with Magistrate Judge Standish or a member from the ADR Panel would be productive and the anticipated date of its completion. The Court will issue the referral order to the parties' agreed settlement method upon review of the report.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV16-08781 JAK (GJSx) | Date | April 17, 2017 |
| Title | Patricia Beers v. City of Los Angeles et al | | |

Counsel for all parties shall comply with this Court's standing orders with respect to documents to be prepared and filed in connection with the Final Pretrial Conference. Dkt. 11.

**IT IS SO ORDERED.**

                                                                                   :   08

Initials of Preparer   ak