Morgan Ricketts (Bar No. 268892)
**RICKETTS & YANG**
540 El Dorado Street #202
Pasadena CA 91101
Telephone:   (213) 995-3935
Facsimile:   (213) 995-3963
Email:  morgan@rickettsandyang.com
Attorneys for Plaintiff Patricia Beers

**MICHAEL N.  FEUER,** City Attorney - SBN 111529
**THOMAS H. PETERS,** Chief Assistant City Attorney – SBN 163388
**CORY M. BRENTE,** Assistant City Attorney – SBN 115453
**SUREKHA A. PESSIS.** Deputy City Attorney – SBN 193206
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7036
Fax No.:    (213) 978-8785
Email: Surekha.Pessis@lacity.org
Attorneys for Defendants City Of Los Angeles, Charlie Beck, Andrew Smith, Jeff Bert, and Kurt Garcia

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BEERS, | ) Case No.:  CV-16-8781 JAK (GJS) |
| Plaintiff, | ) |
| v. | ) *Hon. John A. Kronstadt* |
| | ) *Magistrate Judge Gail J. Standish* |
| CITY OF LOS ANGELES, a municipal entity; LOS ANGELES CHIEF OF POLICE CHARLIE BECK, COMMANDER ANDREW SMITH, CAPTAIN JEFF BERT, OFFICER GARCIA (#33024), and DOES 1-20, inclusive, | ) **PARTIES' JOINT REPORT RE: SELECTION OF SETTLEMENT PROCEDURE** |
| Defendants. | ) |

1

**TO THE HONORABLE COURT:**

Pursuant to this Court's minute order of April 19, 2017, the parties hereby submit this Joint Report re: Selection of Settlement Procedure.

**PLAINTIFF'S POSITION**

Plaintiff prefers to mediate with Richard Copeland of the panel, who was first suggested by defense counsel, agreed to by Plaintiff, and submitted in the original Joint Rule 26(f) Report.  Mr. Copeland has very successfully mediated a great number of police cases, and his history of mediating these cases began at the suggestion of DCA Cory Brent (whom Plaintiff's counsel understands to be a supervisor at the City Attorney's Office).  Both plaintiffs and defendants litigating police cases have agreed to use him repeatedly over the years because all sides have great respect for his judgment and experience with Los Angeles police practices and police issues. Plaintiff's counsel believes that Mr. Copeland's extensive experience in these types of cases exceeds that of most magistrate judges and will prove critical in this case, which is an unusual one and will require a high degree of familiarity with police issues.

**DEFENDANTS' POSITION**

Defendants believe it would be an effective use of resources to have the case mediated by Judge Standish.  Defendants' counsel is informed that the settlement conference in the class action, *Chua v. City of Los Angeles, et al*. (CV-16-00237

JOINT REPORT RE: SELECTION OF SETTLEMENT PROCEDURE

JAK (GJSx)), may take place in mid-June 2017.  Defendants' counsel, DCA Pessis, holds Mr. Copeland in very high regard and initially suggested that the parties submit this matter to him for any future settlement conference the Court may order.  This recommendation was made while the parties counsel were in the process of preparing the Rule 26(f) Report.

At the time that the recommendation regarding Mr. Copeland was made by DCA Pessis, it was <u>unknown</u> to her that a settlement conference would take place in *Chua* with Judge Standish.  Defendants anticipate that Judge Standish's analysis of the *Chua* action may impact the City's evaluation of the Plaintiff's claims in this action.  As such, Defendants request an order from this Court directing the parties to mediate this matter with Judge Standish on a date in the near future, but after the settlement conference in the *Chua* action takes place.  DCA Pessis will be out of the office from June 16, 2017 to July 2, 2017.

Defendants believe the parties should be sufficiently prepared to attend a settlement conference without the taking of any depositions.  The parties in this action have exchanged written discovery and have responded to said discovery.  Additional discovery may be propounded by the parties.  Defendants are in the process of obtaining the complete transcript from the underlying criminal trial.  A portion of that transcript has been produced by Plaintiff pursuant to F.R.C.P.

JOINT REPORT RE: SELECTION OF SETTLEMENT PROCEDURE

26(a)(1).  Defense counsel anticipates having the complete transcript well in advance of any settlement conference in this case.

DATED: April 20, 2017

By:   /s Morgan Ricketts
Morgan Ricketts
Attorneys for Plaintiff Patricia Beers

DATED: April 20, 2017

By:   /s  Surekha A. Pessis
Surekha A. Pessis, Deputy City Attorney
Attorneys for Defendants

JOINT REPORT RE: SELECTION OF SETTLEMENT PROCEDURE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEMAND FOR JURY TRIAL