**MICHAEL N. FEUER,** City Attorney - SBN 111529
**THOMAS H. PETERS,** Chief Assistant City Attorney -SBN 163388
**CORY M. BRENTE,** Assistant City Attorney -SBN 115453
**SUREKHA A. PESSIS,** Deputy City Attorney -SBN 193206
**GEOFFREY PLOWDEN,** Deputy City Attorney - SBN 146602
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7036, (213) 978-7038
Fax No.: (213) 978-8785
Email: Surekha.Pessis@lacity.org
Email: Geoffrey.Plowden@lacity.org
*Attorneys for Defendants,* **CITY OF LOS ANGELES, CHARLIE BECK, KURT GARCIA[1], JEFFREY BERT** and **ANDREW SMITH**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE CHUA, TORIE RIVERA, LYDIA HICKS, and KYLE TODD, individually and on behalf of a class of similarly situated persons, and the NATIONAL LAWYERS GUILD,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; CHIEF CHARLIE BECK, COMMANDER ANDREW SMITH, CAPT. JEFF BERT, and DOES 1-10, inclusive,<br>Defendants.<br><br>PATRICIA BEERS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; LOS ANGELES CITY ATTORNEY MIKE FEUER, CHIEF CHARLIE BECK, COMMANDER ANDREW SMITH, CAPTAIN JEFF BERT, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. CV16-00237 JAK (GJSx)<br>CASE NO. CV16-08781 JAK (GJSx)<br>*Judge John A. Kronstadt, Ctrm. 10B, 10th Fl., 1st St.*<br>*Mag. Gail J. Standish, Ctrm. 640, 6th Fl., Roybal*<br><br>**STIPULATION OF PARTIES TO EXCUSE DEFENDANTS CHARLIE BECK, KURT GARCIA, JEFFREY BERT AND ANDREW SMITH FROM THE SETTLEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date: June 30, 2017<br>Time: 10:00 a.m.<br>Ctrm: 6A, Santa Ana<br>Judge: Hon. Jay C. Gandhi |

---

[1] Defendant Garcia is a Defendant only in *Patricia Beers v. City of Los Angeles.*

1

**TO THIS HONORABLE COURT:**

Plaintiffs CHARMAINE CHUA, et al. and PATRICIA BEERS, et al. ("Plaintiffs") and Defendants CITY OF LOS ANGELES, CHARLIE BECK, KURT GARCIA, JEFFREY BERT and ANDREW SMITH ("Defendants"), through their counsel of record, enter into this Stipulation to excuse all individual Defendants from attending the Settlement Conference currently scheduled for June 30, 2017, at 10:00 a.m.

A representative from the City Attorney's Office with settlement authority will be present, along with Defendants' lead trial counsel, Surekha A. Pessis and Geoffrey Plowden. Further, Plaintiffs' counsel has been informed that an approval process exists for settlements which exceed a particular amount.

**IT IS SO STIPULATED:**

Dated: June 15, 2017

**MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Assistant City Attorney

By: /S/ Surekha A. Pessis
**SUREKHA A. PESSIS**, Deputy City Attorney

*Attorneys for Defendants* **CITY OF LOS ANGELES, CHARLIE BECK, KURT GARCIA, JEFFREY BERT** and **ANDREW SMITH**

Dated: June 15, 2017

**LAW OFFICES OF CAROL A. SOBEL**

By: /S/ Carol A. Sobel
**CAROL A. SOBEL**

*Attorneys for Plaintiffs* **CHARMAINE CHUA, et al.**

Dated: June 15, 2017

**KAYE, McLANE, BEDNARSKI & LITT LLP**

By: /S/ Barrett S. Litt
**BARRETT S. LITT**

*Attorneys for Plaintiffs* **CHARMAINE CHUA, et al.**

Dated: June 15, 2017

**SCHONBRUN, SEPLOW, HARRIS & HOFFMAN**

By: ____/S/ Paul Hoffman_____
**PAUL HOFFMAN**

*Attorneys for Plaintiffs* **CHARMAINE CHUA, et al.**

Dated: June 15, 2017

**LAW OFFICE OF COLLEEN FLYNN**

By: ____/S/ Colleen Flynn_____
**COLLEEN FLYNN**

*Attorneys for Plaintiffs* **CHARMAINE CHUA, et al.**

Dated: June 15, 2017

**LAW OFFICE OF MATTHEW STRUGAR**

By: ____/S/ Matthew D. Strugar_____
**MATTHEW D. STRUGAR**

*Attorneys for Plaintiffs* **CHARMAINE CHUA, et al.**

Dated: June 15, 2017

**RICKETTS & YANG**

By: ____/S/ Morgan Ricketts_____
**MORGAN RICKETTS**

*Attorneys for Plaintiffs* **PATRICIA BEERS, et al.**