Morgan Ricketts (Bar No. 268892)
**RICKETTS & YANG**
540 El Dorado Street #202
Pasadena CA 91101
Telephone:(213) 995-3935
Facsimile:(213) 995-3963
Email: morgan@rickettsandyang.com

Attorneys for Plaintiff Patricia Beers

MICHAEL N. FEUER, City Attorney - SBN 111529
THOMAS H. PETERS, Chief Assistant City Attorney – SBN 163388
CORY M. BRENTE, Assistant City Attorney – SBN 115453
SUREKHA A. PESSIS, Deputy City Attorney – SBN 193206
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7036
Fax No.:    (213) 978-8785
Email: Surekha.Pessis@lacity.org
Attorneys for Defendants City of Los Angeles, Charlie Beck, Andrew Smith, Jeff Bert, and Kurt Garcia

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BEERS,<br><br>                Plaintiff,<br><br>        v.<br><br>CITY OF LOS ANGELES, a municipal entity; CHIEF CHARLIE BECK, COMMANDER ANDREW SMITH, CAPTAIN JEFF BERT, OFFICER GARCIA (#33024), and DOES 1-20, inclusive,<br><br>                Defendants. | CASE NO. 2:16-CV-08781 JAK (GJS)<br>*Judge John A. Kronstadt, Ctrm. G, 9th Fl.*<br>*Mag. Gail J. Standish, Ctrm.*<br><br>**JOINT REPORT RE SETTLEMENT STATUS** |

Plaintiff Patricia Beers, by and through her attorney of record Morgan Ricketts, and Defendants City of Los Angeles, Chief Charlie Beck, Commander Andrew Smith, Captain Jeff Bert, And Officer Garcia by and through their attorney Surekha Pessis, jointly report that the Mandatory Settlement Conference initiated on June 30, 2017 and continued to August 31, 2017 has been continued again to November 2017. The parties intend to attend that conference along with counsel for the *Chua* action. Due to the lengthy continuance and Judge Gandhi's statement that the parties would likely benefit from continued settlement discussions, the parties will file a renewed request to continue all previously scheduled dates by approximately 120 days.

Dated: September 5, 2017   MICHAEL N. FEUER, City Attorney
THOMAS H. PETERS, Chief Assistant City Attorney
CORY M. BRENTE, Assistant City Attorney
SUREKHA A. PESSIS, Deputy City Attorney


By: _____/s/Surekha Pessis_____
Surekha Pessis, Deputy City Attorney
Attorneys for Defendants City of Los Angeles, et al.

Dated: September 5, 2017     Ricketts & Yang


By: _____/s/Morgan E. Ricketts_____ .
Morgan E. Ricketts
Partner, Ricketts & Yang
Attorneys for Plaintiff Patricia Beers