Morgan Ricketts (Bar No. 268892)
**RICKETTS & YANG**
540 El Dorado Street #202
Pasadena CA 91101
Telephone:(213) 995-3935
Facsimile:(213) 995-3963
Email:  morgan@rickettsandyang.com

Attorneys for Plaintiff Patricia Beers

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

PATRICIA BEERS,

                    Plaintiff,

        v.

CITY OF LOS ANGELES, a municipal
entity; CHIEF CHARLIE BECK,
COMMANDER ANDREW SMITH,
CAPTAIN JEFF BERT, OFFICER
GARCIA (#33024), and DOES 1-20,
inclusive,

                    Defendants.

CASE NO.  2:16-CV-08781 JAK (GJS)
*Judge John A. Kronstadt, Ctrm. G, 9th Fl.*
*Mag. Gail J. Standish, Ctrm.*

RENEWED JOINT REQUEST TO
AMEND THE SCHEDULING ORDER

        Plaintiff Patricia Beers, by and through her attorney of record Morgan
Ricketts, and Defendants City Of Los Angeles, Chief Charlie Beck, Commander
Andrew Smith, Captain Jeff Bert, And Officer Garcia by and through their attorney
Surekha Pessis, jointly request to amend the scheduling order issued in this case to
extend the time to complete discovery and settlement, as well as the motion cut-off
dates.

        Good cause for this request exists, because the parties have attended a

1
JOINT REQUEST TO AMEND SCHEDULING ORDER

settlement conference with Judge Gandhi, who suggested that the parties would benefit from continued settlement discussions, to continue 45 days from the settlement conference.  However, that continued settlement conference has now been continued to November 2017, approximately 120 days from the initial settlement conference.

Therefore, the parties request that the originally scheduled dates be continued as follows:

Non-Expert Discovery Cut-Off from 09/18/17 to **1/15/18**

Initial Expert Disclosures from 10/02/17 to **2/5/18**

Rebuttal Expert Disclosures from 10/16/17 to **2/19/18**

Expert Discovery Cut-off from 10/30/17 to **3/2/18**

Last day to file motions (including discovery) from 10/30/17 to **3/2/18**

Last day to file Notice of Settlement from 12/08/17 to **4/09/18**

Post Mediation Status Conference from 12/18/17 to **4/23/18** at 1:30 p.m.

Dated: August 16, 2017   MICHAEL N. FEUER, City Attorney
THOMAS H. PETERS, Chief Assistant City Attorney
CORY M. BRENTE, Assistant City Attorney
SUREKHA A. PESSIS, Deputy City Attorney


By: _____/s/ Surekha A. Pessis_____
Surekha Pessis, Deputy City Attorney
*Attorneys for Defendants,* CITY OF LOS ANGELES, et al.

Dated: August 16, 2017      Ricketts & Yang



By: ____/s/Morgan E. Ricketts_____.
Morgan E. Ricketts
Partner, Ricketts & Yang
*Attorneys for Plaintiff* PATRICIA BEERS

2
JOINT REQUEST TO AMEND SCHEDULING ORDER