**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICIA BEERS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; CHIEF CHARLIE BECK, COMMANDER ANDREW SMITH, CAPTAIN JEFF BERT, OFFICER GARCIA (#33024), and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 2:16-CV-08781 JAK (GJS)<br><br>**ORDER GRANTING RENEWED JOINT REQUEST TO AMEND THE SCHEDULING ORDER (DKT. 50)** |

Good cause having been shown, the following changes to the current deadlines in this matter are adopted:

1. Last day to conduct settlement conference with Judge Gandhi is continued from 9/11/17 to 11/27/17;
2. Last day to file joint status report as to the procedural posture of the settlement process is continued from 9/7/17 to 12/11/17;
3. Post Mediation Status Conference remains set for 12/18/17 at 1:30 p.m.;
4. Non-Expert Discovery Cut-Off is continued from 09/18/17 to 1/15/18;
5. Initial Expert Disclosures is continued from 10/02/17 to 2/5/18;
6. Rebuttal Expert Disclosures is continued from 10/16/17 to 2/19/18;
7. Expert Discovery Cut-off is continued from 10/30/17 to 3/2/18;
8. Last day to file motions (including discovery) is continued from 10/30/17 to 3/2/18.

In light of this Order, the Stipulation to Continue All Deadlines is MOOT. Dkt. 45.

**IT IS SO ORDERED.**

Dated: September 12, 2017

JOHN KRONSTADT
UNITED STATES DISTRICT JUDGE