**MICHAEL N. FEUER,** City Attorney (SBN 111529x)
**THOMAS H. PETERS,** Chief Assistant City Attorney (SBN 163388)
**CORY M. BRENTE,** Assistant City Attorney (SBN 115453)
**SUREKHA A. PESSIS,** Deputy City Attorney -SBN 193206
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7036
Fax No.: (213) 978-8785
Email: Surekha.Pessis@lacity.org

*Attorneys for Defendants,* **CITY OF LOS ANGELES, CHARLIE BECK, KURT GARCIA, JEFFREY BERT** and **ANDREW SMITH**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BEERS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF LOS ANGELES, a municipal entity; LOS ANGELES CITY ATTORNEY MIKE FEUER, CHIEF CHARLIE BECK, COMMANDER ANDREW SMITH, CAPTAIN JEFF BERT, and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV16-08781 JAK (GJSx)<br>*Hon. Judge John A. Kronstadt, Ctrm. 10B, 1st Street*<br>*Mag. Gail J. Standish, Ctrm. 640, Roybal*<br><br>**PARTIES' SECOND STIPULATION REQUESTING ANOTHER EXTENSION TO COMPLETE THE COURT ORDERED MEDIATION AND TO REPORT TO COURT** |

**TO THIS HONORABLE COURT:**

On June 30, 2017, the parties participated in a settlement conference. Several issues arose and the Court suggested a second session would be fruitful. The next Mediation is scheduled for January 24, 2018.

Based upon the foregoing, the parties do not believe there can be a productive discussion about case resolution prior to January 2018. The parties agree and stipulate that the court may set the date of February 5, 2018 as a date by which the mediation/settlement conference needs to be completed. The parties agree and stipulate the court may set the date of February 27, 2018 as the date by which the

1

parties file a joint report regarding the status of settlement and agree and stipulate the court may set the date of March 14, 2018 or another date suitable for the court, for a status conference post settlement conference.

Dated: December 4, 2017  **MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS**, Chief Asst City Attorney
**CORY M. BRENTE**, Assistant City Attorney

By: ____/S/ - *Surekha A. Pessis*_____
**SUREKHA A. PESSIS**, Deputy City Attorney
*Attorneys for Defendants*, **CITY OF LOS ANGELES, CHARLIE BECK, KURT GARCIA, JEFFREY BERT** and **ANDREW SMITH**

Dated: December 4, 2017  **LAW OFFICES OF RICKETTS & YANG**

By:_____/S/ *Morgan E. Ricketts*_____
**MORGAN E. RICKETTS**, Esq.
*Attorneys for Plaintiff*, **PATRICIA BEERS**

Dated: December 4, 2017  **LAW OFFICE OF CAROL A. SOBEL**

By:_____/S/ *Carol A. Sobel*_____
**CAROL A. SOBEL**, Esq.
*Attorneys for Plaintiff*, **PATRICIA BEERS**